# IN THE SUPREME COURT OF THE STATE OF NEVADA

IAN TOPPLER,

          Appellant,

vs.

REAL PROPERTY MANAGEMENT LAS VEGAS, LLC; AND TOD ALEXANDER WEVER,

          Respondents.

No. 71991

**FILED**

JAN 1 9 2017



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order affirming a justice court decision. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Our preliminary review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a potential jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

17-02045

cc: Hon. Douglas Smith, District Judge
Ian Toppler
Tod Alexander Wever
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A